192 So. 920

**H. D. POLLARD, as Receiver of Central of Georgia Railway Co., v. Georgia SCHILD, Pro Aml.**

6 Div. 395.

Court of Appeals of Alabama.
Nov. 21, 1939.

W. H. Sadler, Jr., of Birmingham, for appellant.

S. P. Smith, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

192 So. 920

**H. D. POLLARD, as Receiver of Central of Georgia Railway Co., v. Velma Grace SCHILD.**

6 Div. 394.

Court of Appeals of Alabama.
Nov. 21, 1939.

W. H. Sadler, Jr., of Birmingham, for appellant.

S. P. Smith, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

192 So. 921

**H. D. POLLARD, as Receiver of Central of Georgia Railway Co., v. Bertha Wilson WALKER, Pro Aml.**

6 Div. 392.

Court of Appeals of Alabama.
Nov. 21, 1939.

W. H. Sadler, Jr., of· Birmingham, for appellant.

S. P. Smith, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

192 So. 921

**Henry D. POLLARD, as Receiver, Central of Ga. R. Co., v. William J. WEEKS.**

6 Div. 391.

Court of Appeals of Alabama.
Dec. 1, 1939.

W. H. Sadler, Jr., of Birmingham, for appellant.

Harsh, Harsh & Hare and D. M. Griswold, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 921

**Willie James PORTER v. STATE.**

4 Div. 537.

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.